## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kristi Jordan, Individually, and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>Crunch, LLC,<br><br>　　　　　　　　　Defendant. | 1:24-cv-7118<br><br>MOTION FOR ADMISSION<br><br>PRO HAC VICE |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Tyler Somes hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Kristi Jordan in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: 9/19/2024

Respectfully Submitted,

Tyler Somes

Applicant Signature: /s/ Tyler Somes

Applicant's Name: Tyler Somes

Firm Name: Hedin LLP

Address: 1100 15th Street, NW

City/State/Zip: Washington, DC 20005

Telephone/Fax: (202) 900-3332

Email: tsomes@hedinllp.com