UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRISTI JORDAN, individually and on behalf of all others similarly situated,<br><br>                     Plaintiff,<br>   v.<br><br>CRUNCH, LLC,<br><br>                     Defendant. | Civil Action No. 1:24-cv-7118 |

## **DECLARATION OF TYLER SOMES IN SUPPORT OF PRO HAC VICE ADMISSION**

I, Tyler Somes, declare as follows:

1. I am an attorney with the law firm Hedin LLP, counsel for Plaintiff Kristi Jordan in the above captioned matter. I submit this Declaration in support of my Motion for Pro Hac Vice Admission.

2. I am a member in good standing of the bar the District of Columbia and I have attached a Certificate of Good Standing issued within the last thirty (30) days.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. There are no disciplinary proceedings presently against me.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 19, 2024  Respectfully submitted,

/s/ Tyler Somes

Tyler Somes
**HEDIN LLP**
1100 15th Street NW, Suite 04-108
Washington DC, 20005
Tel: (202) 900-3332
E-mail: tsomes@hedinllp.com