

SIDLEY AUSTIN LLP
1001 BRICKELL BAY DRIVE
SUITE 900
MIAMI, FL 33131
+1 305 391 5100
+1 305 391 5101 FAX

+1 305 391 5218
IROSS@SIDLEY.COM

October 1, 2024

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: *Kristi Jordan v. Crunch, LLC*, No. 1:24-cv-7118
Unopposed Letter Motion for Extension of Time to Respond to Amended Complaint

Dear Judge Hellerstein,

We represent Defendant, Crunch, LLC in the above referenced action. Defendant's response to the Amended Complaint is currently due on October 15, 2024. Pursuant to Rule 7.1(d) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York and Rule 1(D) of this Court's Individual Rules, we write to request an extension of time, until November 25, 2024, for Defendant to respond to Plaintiff's Amended Complaint (ECF No. 5), and an extension of time, until December 20, 2024, for Plaintiff to respond to any dispositive motions filed by Defendant.

This is Defendant's first request for an extension. There have been no dates scheduled after the original date, and therefore the extension will not impact any other deadline or order in this matter. Plaintiff consents to this request.

Thank you for the Court's attention to this matter.

Respectfully submitted,

*/s/ Ian M. Ross*
Ian M. Ross

*Counsel for Crunch, LLC*

cc: Counsel of record (via ECF)

Sidley Austin (FL) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.