IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRISTI JORDAN, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>CRUNCH, LLC,<br><br>Defendant. | Case No. 1:24-cv-7118<br><br> **] ORDER FOR<br>ADMISSION PRO HAC VICE** |

The motion of Ian M. Ross, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Ian M. Ross has declared that he is a member in good standing of the bar of the states of Florida and Illinois and that his contact information is as follows:

Ian M. Ross
SIDLEY AUSTIN LLP
1001 Brickell Bay Drive
Miami, FL 33131
Telephone: (305) 391-5100
Facsimile: (305) 391-5101
Email: iross@sidley.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for defendant Crunch, LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Ian M. Ross is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 11/19/2024

Honorable Alvin K. Hellerstein
United States District Judge