UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRISTI JORDAN, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br>v.<br>CRUNCH, LLC,<br><br>           Defendant. | Civil Action No. 1:24-cv-7118<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

The motion of <u>Tyler Somes</u>, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of <u>District of Columbia</u>; and that his/her contact information is as follows (please print):

Applicant's Name: <u>Tyler Somes</u>

Firm Name: <u>Hedin LLP</u>

Address: <u>1100 15th Street NW, Suite 04-108</u>

City/ State/ Zip: <u>Washington DC, 20005</u>

Telephone/ Fax: <u>(202) 900-3332</u>

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for <u>Kristi Jordan</u> in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: Nov. 19, 2024

*[signature]*

United States District Judge