# EXHIBIT A


