

1100 15th Street NW, Suite 04-108　　　　　　　　　　　　　　　　　　　　　　　　　　**Tyler K. Somes**
Washington, DC 20005　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(202) 900-3332
www.hedinllp.com　　　　　　　　　　　　　　　　　　　　　　　　　　　　　tsomes@hedinllp.com

December 13, 2024

**By ECF and Facsimile**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

>　Re:　*Kristi Jordan v. Crunch, LLC*, No. 1:24-cv-7118
>　　　　Unopposed Letter Motion for Extension of Time to Oppose Motion to Compel Arbitration

Dear Judge Hellerstein,

　　We represent Plaintiff Kristi Jordan in the above-referenced action. Pursuant to Rule 7.1(d) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York and Rule 1(D) of this Court's Individual Rules, we write to request that Plaintiff's deadline to oppose Defendant's Motion to Compel Arbitration (ECF No. 18), currently December 20, 2024, be extended to January 20, 2025. Defendant consents to this request.

　　This is Plaintiff's first request for an extension of its deadline to respond to the Motion to Compel Arbitration. Plaintiff respectfully submits that there is good cause for the extension given that Plaintiff's counsel is evaluating whether to seek discovery from Defendant on contract formation issues which directly bear on the Motion to Compel Arbitration. Plaintiff's counsel further has several deadlines in other matters which require their attention over the next week.

　　At present, there is a telephonic status conference with the Court scheduled for January 17, 2025. We take no position and respectfully defer to the Court as to whether this conference should proceed as scheduled or be postponed.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Tyler K. Somes
　　　　　　　　　　　　　　　　　　　　　　　　Tyler K. Somes

cc: Counsel of record (via ECF)