UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
KRISTI JORDAN,                                                    :

                       Plaintiff,                :

                                                       :     **SCHEDULING ORDER**

     -against-                                            :

                                                     :     24 Civ. 7118 (AKH)

CRUNCH, LLC,                                      :

                                     Defendant.   :

--------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The status conference scheduled for Friday, January 17, 2025 at 10:00 a.m. will now be held via the following call-in number and access code:

       **Call-in number: 646-453-4442**

       **Access code: 297 453 953 #**

       Please note the change in access code. To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in 10 minutes prior to the start of the conference.

       No later than January 14, 2025, at 12:00 p.m., the parties shall file, via ECF, a joint civil case management plan. A fillable blank template of the Court's civil case management plan is available on the Court's webpage.

Finally, no later than January 14, 2025, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov), a list of all counsel expected to appear on the record at the conference, along with their contact information.

        SO ORDERED.

Dated:      January 7, 2025          /s/ Alvin K. Hellerstein
             New York, New York      ALVIN K. HELLERSTEIN
                                            United States District Judge