UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
KRISTI JORDAN, *individually and on behalf of all others similarly situated*, :
: 
                           Plaintiffs, : **SCHEDULING ORDER**
:
      -against- : 24 Civ. 7118 (AKH)
:
CRUNCH, LLC, :
:
                          Defendant. :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The telephonic status conference scheduled for January 17, 2025 is adjourned *sine die*.

        SO ORDERED.

Dated:     January 13, 2025                    _____/s/ Alvin K. Hellerstein_____
              New York, New York            ALVIN K. HELLERSTEIN
                                                              United States District Judge