IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRISTI JORDAN, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>CRUNCH, LLC,<br><br>Defendant. | Case No. 1:24-cv-7118 (AKH)<br><br>**NOTICE OF AMENDED MOTION TO COMPEL ARBITRATION** |

**PLEASE TAKE NOTICE** that, pursuant to Sections 3 and 4 of the Federal Arbitration Act, see 9 U.S.C. §§ 3, 4, and Rule 12, and upon the accompanying Amended Memorandum of Law and Declaration of Chad Waetzig, Defendant Crunch, LLC respectfully moves this Court, before the Honorable Alvin K. Hellerstein, U.S.D.J., at the United States Courthouse for the Southern District of New York located at 500 Pearl St., New York, NY 10007, on a date and at a time to be designated by the Court, for an Order compelling arbitration and staying this proceeding pending resolution of the arbitration.

By: */s/ Elana H. Somers*
Elana H. Somers
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: elana.somers@sidley.com

Ian M. Ross (*pro hac vice*)
SIDLEY AUSTIN LLP
1001 Brickell Bay Drive
Miami, FL 33131
Telephone: (305) 391-5100
Facsimile: (305) 391-5101
Email: iross@sidley.com

*Counsel for Defendant Crunch LLC*