IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

KRISTI JORDAN, individually and on behalf of all others similarly situated,

              Plaintiff,

   v.

CRUNCH, LLC,

              Defendants.

Case No. 1:24-cv-7118

**DECLARATION OF TYLER SOMES
IN SUPPORT OF PLAINTFF'S OPPOSITION TO
DEFENDANT'S AMENDED MOTION TO COMPEL ARBITRATION
<u>AND STAY PROCEEDINGS</u>**

I, Tyler Somes, respectfully declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 and based on my own personal knowledge, that the following statements are true:

1. I am an attorney at Hedin LLP and I represent the Plaintiff in the above-captioned action.

2. On September 11, 2024, I access the website www.crunchplus.com using a web browser and took the following screenshot of the registration flow for the Crunch+ video streaming service:

[Screenshot of CRUNCH+ Sign Up form with First Name, Last Name, Email fields, privacy policy/terms of service checkbox, and SIGN UP button]

Executed this 14th day of March, 2025, in Washington, District of Columbia.

                                                          /s/ *Tyler Somes*
                                                             Tyler Somes