## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

KRISTI JORDAN, *individually and on behalf of all others similarly situated*,

    Plaintiff,

    v.

CRUNCH, LLC,

    Defendant.

Case No. 1:24-cv-7118 (AKH)

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 1.4 and upon the accompanying Declaration of Elana H. Somers, I hereby move this Court to withdraw my appearance for Defendant Crunch, LLC, and to remove my name from the ECF service lists in the above-captioned action.

Date: March 24, 2025

By: */s/ Elana H. Somers*
Elana H. Somers
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: elana.somers@sidley.com

*Counsel for Defendant Crunch LLC*