AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Kristi Jordan | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cv-7118-AKH |
| Crunch, LLC | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Crunch, LLC.

Date: 03/25/2025

/s/ James R. Horner
*Attorney's signature*

James R. Horner
*Printed name and bar number*

Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
*Address*

jhorner@sidley.com
*E-mail address*

(212) 839-5300
*Telephone number*

(212) 839-5599
*FAX number*