UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
KRISTI JORDAN,                                  :
                   Plaintiff,          :
                                                :   **SCHEDULING ORDER**
    -against-                                  :
                                                :   24 Civ. 7118 (AKH)
CRUNCH, LLC,                                    :
                                                :
                   Defendant.          :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The parties are hereby ordered to appear for a status conference on Friday, June 13, 2025, at 10:00 a.m., which will be held via the following call-in number:

        **Call-in number: 646-453-4442**

        **Access code: 141 658 993#**

        To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones.  Additionally, all participants are directed to call 10 minutes prior to the start of the conference.

        By June 10, 2025, at 12:00 p.m., the parties shall file, via ECF, a joint civil case management plan. A fillable blank template of the Court's civil case management plan is available on the Court's webpage.

Finally, by June 10, 2025, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov), a list of all counsel expected to appear on the record at the conference, along with their contact information.

        SO ORDERED.

Dated:     April 28, 2025                          _____/s/ Alvin K. Hellerstein_____
             New York, New York                  ALVIN K. HELLERSTEIN
                                                      United States District Judge