IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRISTI JORDAN, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>CRUNCH, LLC,<br><br>Defendant. | Case No. 1:24-cv-7118 (AKH)<br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that, pursuant to 9 U.S.C. § 16, Defendant Crunch, LLC appeals to the United States Court of Appeals for the Second Circuit from each and every part of the April 28, 2025 Order of the United States District Court for the Southern District of New York (ECF No. 39), which denied Defendant's Motion to Compel Arbitration (ECF No. 29).

Dated: May 8, 2025

By: */s/ James R. Horner*
James R. Horner
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: jhorner@sidley.com

Ian M. Ross (*pro hac vice*)
SIDLEY AUSTIN LLP
1001 Brickell Bay Drive
Miami, FL 33131
Telephone: (305) 391-5100
Facsimile: (305) 391-5101
Email: iross@sidley.com

*Counsel for Defendant Crunch, LLC*