IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRISTI JORDAN, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>CRUNCH, LLC,<br><br>Defendant. | Case No. 1:24-cv-7118 (AKH)<br><br>**NOTICE OF UNOPPOSED MOTION TO STAY PENDING APPEAL** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, Defendant Crunch, LLC respectfully moves this Court, before the Honorable Alvin K. Hellerstein, U.S.D.J., at the United States Courthouse for the Southern District of New York located at 500 Pearl St., New York, NY 10007, on a date and at a time to be designated by the Court, for an Order staying all proceedings in this case pending appeal of the Court's April 28, 2025 Order, *see* ECF No. 39, pursuant to 9 U.S.C. § 16(a). *See* ECF No. 41 (notice of appeal).

Dated: May 13, 2025

By: */s/ James R. Horner*
James R. Horner
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: jhorner@sidley.com

Ian M. Ross (*pro hac vice*)
SIDLEY AUSTIN LLP
1001 Brickell Bay Drive
Miami, FL 33131
Telephone: (305) 391-5100
Facsimile: (305) 391-5101
Email: iross@sidley.com

*Counsel for Defendant Crunch, LLC*