UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
KRISTI JORDAN,
*individually and on behalf of all others similarly situated,*

                         Plaintiffs,

-against-

CRUNCH, LLC,

                         Defendant.
------------------------------------------------------------- X

**ORDER GRANTING STAY**

24 Civ. 7118 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      I grant Defendant's motion, on consent, to stay the proceedings in this case pending its appeal in the Second Circuit. *See Coinbase, Inc. v. Bielski*, 599 U.S. 736, 738 (2023) (district courts must stay proceedings while the interlocutory appeal of the denial of a motion to compel arbitration is pending).

      The Clerk shall terminate ECF No. 42.

      SO ORDERED.

Dated:    May 15, 2025
            New York, New York

                                                ALVIN K. HELLERSTEIN
                                                United States District Judge

1