**MANDATE**

1:24-cv-07118-AKH

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug 18 2025

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of August, two thousand twenty-five,

_____

Kristi Jordan, individually and on behalf of all others similarly situated,

       Plaintiff - Appellee,

 v.

Crunch, LLC,

       Defendant - Appellant.

ORDER
Docket No. 25-1220

_____

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 08/18/2025