UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRISTI JORDAN, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>CRUNCH, LLC,<br><br>Defendant. | Case No. 1:24-cv-7118 (AKH)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

The parties to the above-captioned actions hereby agree to the voluntary dismissal of this action as against all parties with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its own attorneys' fees and costs.

Dated: August 15, 2025
New York, New York

SIDLEY AUSTIN LLP

*/s/ James R. Horner*
James R. Horner
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
jhorner@sidley.com

*Counsel for Defendant Crunch, LLC*

HEDIN LLP

/s/ Tyler K. Somes

Tyler K. Somes
1100 15th Street NW,
Suite 04-105K
Washington, DC 20005
Telephone: (202) 900-3332
Facsimile: (305) 200-8801
tsomes@hedinllp.com

*Counsel for Plaintiff Kristi Jordan*

2