UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRISTI JORDAN, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>CRUNCH, LLC,<br><br>Defendant. | Case No. 1:24-cv-7118 (AKH)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

The parties to the above-captioned actions hereby agree to the voluntary dismissal of this action as against all parties with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its own attorneys' fees and costs.

Dated: August 15, 2025
       New York, New York

                                                    SIDLEY AUSTIN LLP

So ordered.

/s/ Alvin K. Hellerstein, U.S.D.J.
8/19/2025

                                                    James R. Horner
                                                    787 Seventh Avenue
                                                    New York, NY 10019
                                                    Telephone: (212) 839-5300
                                                    Facsimile: (212) 839-5599
                                                    jhorner@sidley.com

                                                    *Counsel for Defendant Crunch, LLC*

**HEDIN LLP**

/s/ Tyler K. Somes

Tyler K. Somes
1100 15th Street NW,
Suite 04-105K
Washington, DC 20005
Telephone: (202) 900-3332
Facsimile: (305) 200-8801
tsomes@hedinllp.com

*Counsel for Plaintiff Kristi Jordan*

2